1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE RODRIGUEZ-LOPEZ
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 11-487 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| JOSE RODRIGUEZ-LOPEZ | ) |
| Defendant. | ) |
| | ) Date  February 28, 2012 |
| _____ | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status conference scheduled for January 24, 2012, be vacated and the matter be continued to this Court's criminal calendar on February 28, 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

1 | 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 28, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: January 18, 2012        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Raymundo Ramos


Dated: January 18, 2012        /S/ Jared Dolan
                               JARED DOLAN
                               Assistant United States Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 18, 2012        /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge

Stipulation and Order                           2