```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE RODRIGUEZ-LOPEZ
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 11-487 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| JOSE RODRIGUEZ-LOPEZ | |
| Defendant. | Date  May 1, 2012 |
| | Time: 9:30 a.m. |
| | Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status conference scheduled for April 10, 2012, be vacated and the matter be continued to this Court's criminal calendar on May 1, 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement. The parties are also awaiting a pre-plea report from probation that is necessary to complete the negotiations in this case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 1, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 10, 2012     /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Raymundo Ramos

Dated: April 10, 2012     /S/ Jared Dolan
JARED DOLAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 10, 2012     /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge