```
1   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160
4
5   Attorney for Defendant
    JOSE RODRIGUEZ-LOPEZ
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-487 JAM |
| Plaintiff, ) | |
| ) | ORDER TO DIRECT PROBATION TO |
| v. ) | PREPARE A PRE-PLEA REPORT |
| JOSE RODRIGUEZ-LOPEZ ) | Date  May 1, 2012 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Mendez |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that it is necessary that a pre-plea report be prepared in this case to facilitate settlement. Probation requires that an order be issued by the court for this type of request. It was the understanding of all parties in this case that Probation had been directed to do so on February 28, 2012; however, Probation does not have anything to reflect this order. Consequently, it is respectfully requested that the Court order Probation to prepare a pre-plea report on this case.

Currently, the case is scheduled for a status conference on May 1, 2012 at 9:30 a.m.  The Court is advised that all counsel have conferred

about this request, that they have agreed to the May 1, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 17, 2012          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Jose Rodriguez-Lopez

Dated: April 17, 2012          /S/ Jared Dolan
                               JARED DOLAN
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

    By the Court,

Dated: April 17, 2012          /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge