```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    JOSE RODRIGUEZ-LOPEZ
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,       ) No. CR-S 11-487 JAM
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER VACATING
13      v.                          ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
14  JOSE RODRIGUEZ-LOPEZ            )
                Defendant.          )
15                                  ) Date   July 10, 2012
    _____ ) Time:  9:30 a.m.
16                                  ) Judge: Hon. Mendez

17
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status conference scheduled for May 22, 2012, be vacated and the matter be continued to this Court's criminal calendar on July 10, 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement. The parties have just received a pre-plea report from probation and need time to use that information to complete the negotiations in this

case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 10, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign thisstipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: May 18, 2012  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Jose Rodriguez-Lopez

Dated: May 18, 2012  /S/ Jared Dolan
JARED DOLAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 18, 2012  /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge