1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE RODRIGUEZ-LOPEZ
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      ) No. CR-S 11-487 JAM
                                  )
12            Plaintiff,          )
                                  ) STIPULATION AND ORDER VACATING
13    v.                          ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
14 JOSE RODRIGUEZ-LOPEZ           )
              Defendant.          )
15                                ) Date   August 7, 2012
   _____) Time:  9:45 a.m.
16                                ) Judge: Hon. Mendez

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status

21 conference scheduled for July 10, 2012, be vacated and the matter be

22 continued to this Court's criminal calendar on August 7, 2012, at 9:45

23 a.m. for further status and possible change of plea.

24      This continuance is requested by the defense in order to permit

25 the Government time to verify and follow up on information provided by

26 the defense that is necessary to reach a plea agreement.  The Defense

27 continues to review discovery and negotiate with the Government.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 7, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: July 9, 2012  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Jose Rodriguez-Lopez

Dated: July 9, 2012  /S/ Jared Dolan
JARED DOLAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: July 9, 2012  /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge