```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE RODRIGUEZ-LOPEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,   ) No. CR-S 11-487 JAM
                               )
12           Plaintiff,         )
                               ) STIPULATION AND ORDER CONTINUING
13    v.                        ) JUDGMENT AND SENTENCING
                               )
14 JOSE RODRIGUEZ-LOPEZ         ) Date   FEB. 26, 2013
             Defendant.         ) Time:  9:45 a.m.
15                             ) Judge: Hon. Mendez
   _____ )
16                             )
```

17 **IT IS HEREBY STIPULATED** by and between Assistant United States
18 Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L.
19 Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the date
20 scheduled for judgment and sentencing on February 5, 2013, be vacated
21 and the matter be continued to this Court's criminal calendar on
22 February 26, 2013, at 9:45 a.m. for judgement and sentencing.

23 This continuance is requested by the defense in order to permit
24 the Government time prepare a motion that will affect the sentence
25 recommended by the Government.

26 The Court is advised that all counsel have conferred about this
27 request, that they have agreed to the February 26, 2013, date, and that
28 Mr. Dolan has authorized Ms. Santos to sign this stipulation on his

behalf.

**IT IS SO STIPULATED.**

Dated: February 1, 2013         /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                Jose Rodriguez-Lopez


Dated: February 1, 2013         /S/ Jared Dolan
                                JARED DOLAN
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: February 1, 2013         /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge